The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

June 12, 2023

**Via ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      *Re:*    *Linares v. Cosan Construction Corp. et al.*
             22-cv-06267 (VSB)

Dear Judge Broderick:

      This letter is submitted by Plaintiff's counsel. On January 11, 2023, the parties provided the Court with a proposed agreement for Court approval (dkt 26). On February 26, 2023, Plaintiff wrote the Court with a request for an update (dkt 027). On March 13, 2023, Plaintiff wrote to the Court again with a requesting for an update (dkt 028). On April 25, 2023, Plaintiff wrote to the Court requesting an update (dkt 029). The Court has not responded to these requests.

      With the upmost respect and mindful of the Court's busy docket, I politely remind the Court that it has now been six months since the parties provided the Court with the proposed settlement agreement for Court approval.

                                                                 Respectfully submitted,

                                                 By:    */s Jacob Aronauer*
                                                         Jacob Aronauer

cc:    All Counsel (via ECF)
       Mr. Jose Linares